USA v. BALAGIA

## Request ~~for~~ Rehearing and ~~En Banc~~

In reviewing the opinion of the panel I do not feel that my "Reply to Supplemental Brief for Appelle United States" was considered.

The panel also accepted that the testimony of "Mega" Ordonez was not hearsay and instead co-conspirator statement testimony and in doing so failed to understand that the statements Ordonez ~~testified~~ about were translations ~~per~~ other persons were making of statements

①

alledgedly made by Appellant out of court. Basically Ordonez testimony concerned statements that others told him Appellant was making.

The panel also failed to recognize that the amount of laundered money considered at sentencing included funds that never left Colombia and therefor fell outside of the definition of laundered funds. Additionally the panel accepted monies that were "borrowed through loans" as drug proceeds which should have

been excluded from the total funds considered at sentencing, which resulted in an excessive sentence.

I do not feel that a de novo review was given by the panel as it appeared to mirror the governments submission without consideration of Appellant's submissions.

Respectfully,

*James Balagia*

James M. Balagia
Fed. Reg. No. 26998078
Big Spring FCI
1900 Simler Avenue
Big Spring, Tx 79720

(3)

No. 21-40366
USA v. Balagia

## Certificate of Service

By my signature below and of two witnesses I affirm that I mailed the attached document by placing it in the Inmate Mailbox System on May 26, 2023

James M. Balagia
#26998078

Witness: Felipe Arriaga #12941-085


Witness: Leucas Bertotti 29291-078

(4)



#26998078
Big Spring FCI
1900 Simler Ave
Big Spring, TX
79720

U. S. Court of Appeals
5th Circuit
600 S. Maestri Place
New Orleans, LA 70130

7013 3033 3414

MIDLAND TX 797
RIO GRANDE DISTRICT
01 JUN 2023 PM 2 L

FOREVER / USA